# EXHIBIT "A"

# Commonwealth of Pennsylvania - Short Certificate
## County of Schuylkill



I, **Theresa Santai Gaffney**, Register for the Probate of Wills and Granting Letters of Administration in and for Schuylkill County, do hereby certify that on November 15, 2023, **LETTERS OF ADMINISTRATION** in common form were granted by the Register of said County, on the estate of EDWARD A. MATZURA, AKA: EDWARD ALOYSIUS MATZURA late of MINERSVILLE BOROUGH in said county, deceased, to VIRGINIA RICHTER Administrator (rix) and that same has not since been revoked.

*IN TESTIMONY WHEREOF*, I have here unto set my hand and affixed the seal of said office at SCHUYLKILL, PENNSYLVANIA, on November 15, 2023.

**File No:** 5423-1075

**Date of Death :** December 05, 2022

*Theresa Santai Gaffney*
Register of Wills

**NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE**